

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00697-CV

**IN RE POST ACUTE MEDICAL AT SAN ANTONIO, LLC d/b/a WARM SPRINGS REHABILITATION HOSPITAL OF THOUSAND OAKS**, Relator

Original Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Chief Justice
                Liza A. Rodriguez, Justice
                Lori I. Valenzuela, Justice

Delivered and Filed: October 30, 2024

PETITION FOR WRIT OF MANDAMUS DISMISSED

On October 11, 2024, relator filed a petition for a writ of mandamus. and a motion for emergency relief. On October 14, 2024, relator filed an amended motion for emergency relief and real parties in interest filed a response to the motion for emergency relief.

On October 14, 2024, we denied emergency relief and the underlying matter proceeded to jury trial.

---

[1] This proceeding arises out of Trial Court No. 2022-CI-24350, styled *Alice Hudman, Individually, and on behalf of the Estate of Jerrell W. Hudman, Deceased, Joseph Hudman and Sean Hudman, Individually vs. Post Acute Medical at San Antonio, LLC d/b/a Warm Springs Rehabilitation Hospital of Thousand Oaks,* pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Norma Gonzales, presiding.

On October 23, 2024, relator notified this court that the jury trial had concluded and that this original proceeding is now moot.

Accordingly, relator's mandamus petition is DISMISSED as moot.

PER CURIAM